PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.  ) | **Docket Number:  1:97CR05221-001** |
| ) | |
| **STEPHAN LEON**  ) | |
| ) | |

On August 24, 1998, the above-named was placed on Supervised Release for a period of five years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL
Senior United States Probation Officer**

Dated:   September 29, 2008
         Bakersfield, California
         FE:dk

   /s/ Thomas A. Burgess
**REVIEWED BY:** _____
         **THOMAS A. BURGESS
         Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Stephan LEON**
**       Docket Number:   1:97CR05221-001**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    September 30, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG